

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00155-CV

IN RE CHANDLER CABINETS, INC.                  RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus, the response filed by real party in interest Isidro Munoz-Pizana, and relator's reply, and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Additionally, real party in interest's motion for sanctions is denied.

PER CURIAM

PANEL: DAUPHINOT, J.; LIVINGSTON, C.J.; and WALKER, J.

LIVINGSTON, C.J., would conditionally grant mandamus relief.

DELIVERED: June 12, 2014

---

[1]See Tex. R. App. P. 47.4, 52.8(d).